UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 20-22477-CIV-MORENO**

KENNETH HAAVE,

        Plaintiff,

vs.

ALL AMERICAN SECURITY SERVICES,
INC. and SERGIO SALAS,

        Defendants.
_____/

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AND FINAL
ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE came before the Court upon the parties' joint Motion for Approval of FLSA
Settlement and Dismissal With Prejudice **(D.E. 8),** filed on **July 10, 2020**.

THE COURT has considered the Motion, the settlement agreement, the pertinent portions of
the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the Motion for Approval of FLSA Settlement and Dismissal With Prejudice
is **GRANTED** and the settlement agreement is approved in accordance with *Lynn's Food Stores, Inc.
v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982). The Court retains jurisdiction for thirty days
to enforce the terms of the settlement. It is also

**ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. And all pending motions
are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th of July 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record